UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:21-cr-00008-001-DCLC-CRW |
| v. | ) |
| | ) |
| ALYSSA MECOM | ) |

## MEMORANDUM AND ORDER

ALYSSA MECOM ("Defendant") came before the Court, via videoconference, for an initial appearance on May 28, 2025, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision [Doc. 108] (the "Petition").

After being sworn in due form of law, Defendant was informed of her privilege against self-incrimination under the 5th Amendment and her right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at government expense. Consequently, the Court **APPOINTED** attorney Larae Ganger to represent Defendant.

Defendant was furnished with copies of the Petition, and had an opportunity to review those documents with her attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of her counsel. In addition, AUSA Wayne Taylor explained to Defendant the specific charges contained in the Petition. Defendant acknowledged she understood the charges in the Petition.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with her counsel and requested a preliminary hearing and a detention hearing. The Court scheduled these hearings on **Monday, June 2, 2025, at 11:00 a.m**. Defendant shall be detained in custody pending the preliminary hearing and detention hearing.

It is, therefore, **ORDERED** that:

1. The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending the preliminary hearing and detention hearing is **GRANTED**. Unless revised by further order of the Court, the United States Marshals Service shall transport Defendant to the preliminary hearing and detention hearing on **June 2, 2025, at 11:00 a.m.**

1

2. Any agreed order of revocation the parties wish to submit for the District Court's consideration must be provided to the District Court on or before **June 19, 2025**.

3. Unless revised by further order of the Court, the United States Marshals Service shall transport Defendant to the revocation hearing before the Honorable United States District Judge Clifton L. Corker on **June 26, 2025, at 9:00 a.m.**

**SO ORDERED.**

*/s/ Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE